# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Joseph Hammerschmidt, Edward Jackson | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-1773 (DWF/BRT) |
| General Motors, LLC, | |
| Defendant | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. GM's Motion to Dismiss Consolidated Class Action Complaint for Failure to State a Claim (Doc. No. [90]) is GRANTED.

2. Plaintiffs' claims in the Consolidated Class Action Complaint (Doc. No. [87]) are DISMISSED WITH PREJUDICE.

3. GM's Motion to Strike Nationwide Class Allegations in Consolidated Class Action Complaint (Doc. No. [96]) is DENIED AS MOOT.

Date: 2/9/2022                                                                                     KATE M. FOGARTY, CLERK